**NOT FOR PUBLICATION WITHOUT THE**
**APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-0463-22

MARIA HERNANDEZ,
f/k/a MARIA FUENTES,

      Plaintiff-Appellant/
      Cross-Respondent,

v.

DONALD FUENTES,

      Defendant-Respondent/
      Cross-Appellant.

_____

Submitted December 12, 2023 – Decided December 18, 2023

Before Judges Sumners and Rose.

On appeal from the Superior Court of New Jersey, Chancery Division, Somerset County, Docket No. FM-18-0840-18.

Buchan, Palo & Cardamone, LLC, attorneys for appellant/cross-respondent (Stephanie Palo, on the briefs).

Brach Eichler, LLC, attorneys for respondent/cross-appellant (Carl J. Sorrano, on the briefs).

PER CURIAM

The parties to the appeal have settled the issues between them. In accordance with the stipulation they have filed, the appeal is dismissed with prejudice and without costs.

Dismissed.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-0463-22